**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEPPEL PROPERTIES, LLC, | 3:15-cv-00165-HDM-VPC |
| Plaintiff, | |
| | ORDER |
| vs. | |
| RESURGAM EQUITY INVESTMENTS, LLC, | |
| Defendant. | |

Keppel Properties, LLC's motion for leave to file a reply brief (ECF No. 35) is granted. Keppel Properties, LLC shall file its brief on or before May 15, 2017.

IT IS SO ORDERED.

DATED: This 9th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE