**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEPPEL PROPERTIES, LLC, | 3:15-cv-00165-HDM-VPC |
| Plaintiff, | |
| vs. | ORDER |
| RESURGAM EQUITY INVESTMENTS, LLC, | |
| Defendant. | |

Before the court is plaintiff's renewed motion for attorneys' fees (ECF No. 41), and defendant's opposition (ECF No. 42). Plaintiff did not file a reply.

On November 15, 2016, plaintiff filed a motion for contempt (ECF No. 12) and a motion for attorneys' fees (ECF No. 13). On May 24, 2017, this court issued a preliminary order of contempt and made a preliminary finding that because the award was compensatory in nature, it was not subject to attorneys' fees and costs at that time. (*See* ECF No. 38.) On August 23, 2017, the court held a final hearing on the motions for contempt and for attorneys' fees. The court converted the preliminary order of contempt to a final order and denied plaintiff's original motion for attorneys' fees.

1

(*See* ECF No. 40.) However, at the request of plaintiff, the court granted plaintiff leave to file a renewed motion for attorney's fees, which is now before this court.

Having reviewed plaintiff's renewed motion for attorneys' fees (ECF No. 41), the court finds that the motion does not contain any additional facts or legal analysis that the court did not previously consider when denying the prior motion for attorneys' fees.

Accordingly, plaintiff's renewed motion for attorneys' fees (ECF No. 41) is **DENIED**.

**IT IS SO ORDERED.**

DATED: This 7th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE