1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                               DISTRICT OF NEVADA

10

11   KEPPEL PROPERTIES, LLC,           )
                                       )
12                   Plaintiff,        )
                                       )
13        vs.                          )            3:15-cv-00165-HDM
                                       )
14   RESURGAM EQUITY INVESTMENTS,      )            ORDER
                                       )
15                   Defendant.        )

16        Plaintiff's motion to substitute counsel (#52) is granted.

17        IT IS SO ORDERED.

18        Dated this 3rd day of February, 2020.

19

20

21        _____
                                       Senior U.S. District Judge
22

23

24

25

26